### 3220.   COLLIER v. THE STATE.

POWELL, J.   1. The evidence authorizes the verdict.

2. The instructions complained of were authorized by the evidence, and were not in violation of the statute prohibiting trial judges from expressing an opinion upon the evidence.

3. The court did not err in refusing to grant a new trial upon the ground of the alleged newly discovered evidence.          - *Judgment affirmed.*

DECIDED APRIL 11, 1911.

Indictment for assault with intent to murder; from Sumter superior court—Judge Littlejohn.   January 14, 1911.

*L. J. Blalock,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

---

### 3221.   REYNOLDS v. THE STATE.

HILL, C. J.   1. A marshal, policeman, or other arresting officer, who intentionally points a pistol at one whom he is about to arrest, when the pointing is not done in self-defense, or in defense of habitation, property, or person, and is not done for the purpose of accomplishing the arrest, is guilty of a violation of the Penal Code (1910), § 349.

2. No error of law is assigned, and the verdict is supported by the evidence.
*Judgment affirmed.*

DECIDED APRIL 11, 1911.

Accusation of pointing pistol at another; from city court of Thomasville—Judge Hammond.   January 11, 1911.

*Theodore Titus,* for plaintiff in error.

*Roscoe Luke, solicitor,* contra.